UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL WILSON

CASE NO. 8:16cr333T33 MAP
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)-Forfeiture
28 U.S.C. § 2461(d)-Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 7, 2015, in the Middle District of Florida, the defendant,

MICHAEL WILSON,

having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, namely:

a. Armed Burglary, Case No. 9000841CFAWS, In the Circuit Court for the Sixth Judicial Circuit, in and for Pasco County, Florida, on or about September 6, 1990;

b. Grand Theft (x4), Case No. 9000841CFAWS, In the Circuit Court for the Sixth Judicial Circuit, in and for Pasco County, Florida, on or about September 6, 1990;

c. Leaving the Scene of an Accident Involving Injury, Case No. 9203319CFAWS, In the Circuit Court for the Sixth Judicial Circuit, in and for Pasco County, Florida, on or about January 20, 1993;

d. Sale of Cocaine, Case No. 0300707CFAWS, In the Circuit Court for the Sixth Judicial Circuit, in and for Pasco County, Florida, on or about March 29, 2004;

    e. Possession of Cocaine, Case No. 0300707CFAWS, In the Circuit Court for the Sixth Judicial Circuit, in and for Pasco County, Florida, on or about March 29, 2004.

    f. Aggravated Fleeing and Eluding, Case No. 0301282CFAWS, In the Circuit Court for the Sixth Judicial Circuit, in and for Pasco County, Florida, on or about March 29, 2004;

    g. Aggravated Assault on a Law Enforcement Officer, Case No. 0301282CFAWS, In the Circuit Court for the Sixth Judicial Circuit, in and for Pasco County, Florida, on or about March 29, 2004;

    h. Aggravated Assault on a Law Enforcement Officer (x3), Case No. 0301284CFAWS, In the Circuit Court for the Sixth Judicial Circuit, in and for Pasco County, Florida, on or about March 29, 2004;

    i. Felonious Possession of Firearms, Case No. CRC0300809CFAWS, In the Circuit Court for the Sixth Judicial Circuit, in and for Pasco County, Florida, on or about January 10, 2005; and

    j. Fleeing or Eluding, Case No. 1204006CFAWS, In the Circuit Court for the Sixth Judicial Circuit, in and for Pasco County, Florida, on or about December 2, 2013.

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit: a Detonics USA .45 caliber pistol, serial number I5612 and six rounds of CCI .45 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

1.    The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the violation alleged in Count One, the defendant, MICHAEL WILSON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in a knowing violation of Title 18, United States Code, Section 922(g)(1), including the Detonics USA .45 caliber pistol, serial number I5612 and six rounds of CCI .45 caliber ammunition..

    2.    If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Michael V. Leeman
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crime and Gangs Section

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL WILSON

## INDICTMENT

Violations:   Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 26th day of July, 2016.

_____
Clerk

Bail $_____